| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____   Chapter **11** | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  NAHAUL, INC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  81-4007097

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Polaris Parkway Suite 450-049** **Columbus, OH 43240** Number, Street, City, State & ZIP Code | **3701 Algonquin Road, Suite 600** **Rolling Meadows, IL 60008** P.O. Box, Number, Street, City, State & ZIP Code |
| **Ohio** County | Location of principal assets, if different from principal place of business **3701 Algonquin Road Rolling Meadows, IL 60008** Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **NAHAUL, INC**                                                      Case number (*if known*)
      Name

### 7. Describe debtor's business

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4841**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:

  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **NAHAUL, INC** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **NAHAUL, INC**
Name

Case number (*if known*)

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | **NAHAUL, INC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  5, 2021**
              MM / DD / YYYY

**X   /s/ Serkan B. Kaputluoglu**                         **Serkan B. Kaputluoglu**
Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

**X   /s/ Laxmi P. Sarathy**                              Date  **June  5, 2021**
Signature of attorney for debtor                           MM / DD / YYYY

**Laxmi P. Sarathy**
Printed name

**Laxmi P. Sarathy**
Firm name

**PO Box 60741**
**Chicago, IL 60660**
Number, Street, City, State & ZIP Code

Contact phone   **312-674-7965**          Email address   **lsarathylaw@gmail.com**

**6297529 IL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   **NAHAUL, INC** | |
| United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS** | ☐ Check if this is an |
| Case number (if known): | amended filing |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AVT-Illinois, L.P.**<br>**6995 Union Park,**<br>**Suite 400**<br>**Cottonwood Heights, UT 84047** | | **Guarantor for lease agreement between AJT and AVT -Illinois, L.P.** | **Contingent Unliquidated Disputed** | | | **$449,743.71** |
| **Change Funding Group aka Funderslin**<br>**116 Nassau Street, Suite 804,**<br>**New York, NY 10038** | | | **Contingent Unliquidated Disputed** | | | **$135,000.00** |
| **Chase Credit Card**<br>**PO Box 5010,**<br>**Section 230**<br>**Concord, CA 94524** | | | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **Libertas Funding LLC**<br>**c/o Steven Zakharyayev**<br>**10 W 37th Street, Rm 602**<br>**New York, NY 10018** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$425,000.00** |
| **Libertas Funding LLC**<br>**382 Greenwich Avenue**<br>**Suite 2**<br>**Greenwich, CT 06380** | | **Chase - currently being held by Libertas Funding, LLC - Checking - Acct# 2691** | | **$404,747.26** | **$94,529.04** | **$310,218.22** |
| **National Credit Partners**<br>**1551 N. Tustin Ave, Suite 190**<br>**Santa Ana, CA 92705** | | | | | | **$113,000.00** |

| Debtor | NAHAUL, INC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Partners Funding, Inc.  923 N State Street, Ste 120  Fairmont, MN 56031-3899 | | 90 days or less: Debtor has assigned accounts receivable to a factoring company | | $791,442.19 | $0.00 | $791,442.19 |
| SBA Payroll Protection Program  c/o Dinsmore & Shohl, LLP  222 W Adams St, Suite 3400  Chicago, IL 60606 | | | Contingent  Unliquidated  Disputed | | | $237,500.00 |
| Velocity Group USA  1970 Oakcrest Ave  Suite 217  Roseville, MN 55113 | | | Contingent  Unliquidated  Disputed | | | $100,000.00 |
| Wojciech Juskowiak  390 S Western Ave, 402  Des Plaines, IL 60016 | | | Contingent  Unliquidated  Disputed | | | $5,000.00 |
| World Global Capital, LLC D/B/A Fun  Attorney:  Vadim Serebro, Esq.  55 Broadway, 3rd Floor  New York, NY 10006 | | | Contingent  Unliquidated  Disputed | | | $237,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **NAHAUL, INC**                                                                                              Case No.
Debtor(s)                                                                                            Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **20,000.00** |
   | Balance Due | $ **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **David R. Herzog, 77 W. Washington Street, Ste 1400, Chicago IL 60602.**
   **$10,000.00**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 5, 2021** | **/s/ Laxmi P. Sarathy** |
| *Date* | **Laxmi P. Sarathy** |
| | *Signature of Attorney* |
| | **Laxmi P. Sarathy** |
| | **PO Box 60741** |
| | **Chicago, IL 60660** |
| | **312-674-7965   Fax: 312-873-4774** |
| | **lsarathylaw@gmail.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **NAHAUL, INC**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 5, 2021**

Signature  **/s/ Serkan B. Kaputluoglu**
**Serkan B. Kaputluoglu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AJT Services Company
4924 W. Deming,
Chicago, IL 60639

AVT-Illinois, L.P.
6995 Union Park, Suite 400
Cottonwood Heights, UT 84047

Change Funding Group aka Funderslin
116 Nassau Street, Suite 804,
New York, NY 10038

Chase Credit Card
PO Box 5010, Section 230
Concord, CA 94524

Chicagoan Logistic Company
3612 N. Sacramento Ave
Chicago, IL 60618

Empire Recovery
c/o Joe Rangel
1430 Broadway Suite 402
New York, NY 10018

Libertas Funding LLC
382 Greenwich Avenue
Suite 2
Greenwich, CT 06380

Libertas Funding LLC
c/o Steven Zakharyayev
10 W 37th Street, Rm 602
New York, NY 10018

National Credit Partners
1551 N. Tustin Ave, Suite 190
Santa Ana, CA 92705

Partners Funding, Inc.
923 N State Street, Ste 120
Fairmont, MN 56031-3899

```
PS Executive Center
1991 Crocker Rd. Ste. 600
Westlake, OH 44145


SBA Payroll Protection Program
c/o Dinsmore & Shohl, LLP
222 W Adams St, Suite 3400
Chicago, IL 60606


Serkan Kaputluoglu
4924 W Deming Place
Apt 1
Chicago, IL 60639


Small Business Administration
409 Third Street SW
Washington, DC 20024


The Law Offices of Steven Zakharyay
10 W 37th Street, RM 602
New York, NY 10018


US Small Business Administration
557 W. Madison St,
Chicago, IL 60661


Velocity Group USA
1970 Oakcrest Ave Suite 217
Roseville, MN 55113


Wojciech Juskowiak
390 S Western Ave, 402
Des Plaines, IL 60016


World Global Capital, LLC D/B/A Fun
Attorney:  Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **NAHAUL, INC**                                                                         Case No.
                                        Debtor(s)                                              Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NAHAUL, INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 5, 2021** | **/s/ Laxmi P. Sarathy** |
| Date | **Laxmi P. Sarathy** |
| | Signature of Attorney or Litigant |
| | Counsel for **NAHAUL, INC** |
| | **Laxmi P. Sarathy** |
| | **PO Box 60741** |
| | **Chicago, IL 60660** |
| | **312-674-7965 Fax:312-873-4774** |
| | **lsarathylaw@gmail.com** |